ENT     JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ARTHUR VAN SWAIT,

        Petitioner,

    v.

M.S. EVANS,

        Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 08-04982 ABC (AN)

JUDGMENT

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED:  August 27, 2008

*Audrey B. Collins*

_____

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY